# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEEM MOASIS, <br>                                Plaintiff, <br> vs. <br> TRANS UNION, LLC, <br>                               Defendant. | CASE NO. 16cv3014-LAB (JMA) <br><br> **ORDER OF DISMISSAL** |

The parties' joint motion to dismiss (Docket no. 13) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: March 9, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge